**Traubco Food Equipment Fabricators, Inc., Plaintiff-Appellee, v. United Auto Workers, Local 588, Rank & File Union Center, AFL–CIO, Defendant-Appellant, and The Rom Company, Defendant.**

Gen. No. 52,093. (Abstract of Decision.)

First District, First Division.

April 6, 1970.

Harold A. Katz and Irving Friedman, of Chicago (Katz & Friedman, of counsel), for appellant; Gerard A. Serritella, of Chicago, for appellee.

Opinion by JUSTICE MURPHY. Not to be published in full.